**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Griselda Moreno, et al., | No. CV-21-00013-TUC-JCH |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pending before the Court is the United States Defendant's ("Defendant") Motion to Amend Scheduling Order (the "Motion"). Plaintiff opposes the Motion. (Doc. 19).

By way of background, on October 15, 2021, the Court granted a stipulation and, among other things, amended: (a) Defendant's deadline to provide expert witness disclosures from November 26, 2021 to **January 25, 2022**; and (b) Plaintiff's deadline for rebuttal expert disclosures from January 14, 2021 to **March 15, 2022**. (*See* Doc. 15.) On January 25, 2022, the day Defendant's expert disclosure deadline was set to run, Defendant filed the Motion which requests an additional thirty-day extension to these two deadlines. (Doc. 17.)

Defendant requests the extension to complete expert witness disclosures and review 455 pages of medical records disclosed by Plaintiff and received by Defendant's counsel on January 18, 2022. Defendant does not seek to extend the current discovery or dispositive motions deadlines. In response, Plaintiff contends that the recently disclosed records were simply part of Plaintiffs' ongoing medical treatment and are not an

appropriate basis for a continuance. (Doc. 19 at 2.) Plaintiff claims that she will be prejudiced by further delay.

The Court is troubled that Defendant waited until the day of the deadline to seek an extension. However, it makes sense that Defendant's expert would want to review the 455 pages of additional medical records dating back to September 2020 before finalizing his or her expert report. The Court is unclear why Plaintiff waited until January 2022 to disclose the prior 15 months of medical records. Also, Plaintiff does not explain how she will suffer prejudice from a delay when the discovery and dispositive motion deadlines remain unchanged. Conversely, were the Court to deny the requested extension, it could cripple Defendant's case. The Court prefers to decide cases on the merits and finds good cause to grant the extension. Accordingly,

**IT IS ORDERED GRANTING** Defendant's Motion to Amend Scheduling Order. (Doc. 17.)

**IT IS FURTHER ORDERED** extending the following deadlines: (1) Defendant's deadline to provide expert disclosures is continued from January 25, 2022 to **February 25, 2022**; (2) Defendant's rebuttal expert disclosure deadline is continued from March 15, 2022 to **April 15, 2022**.

**IT IS FURTHER ORDERED AFFIRMING** all other deadlines set forth in the Court's amended scheduling order (Doc. 15).

Dated this 4th day of February, 2022.

Honorable John C. Hinderaker
United States District Judge