GARY M. RESTAINO
United States Attorney
District of Arizona
MELISSA MARCUS KROEGER
Assistant U.S. Attorney
Arizona State Bar No. 025209
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: melissa.kroeger@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Griselda Moreno, et al., | CV 21-00013-TUC-JCH |
| Plaintiffs, | **STIPULATION TO AMEND SCHEDULING ORDER** |
| vs. | (*Second Request to Continue Discovery Deadline*) |
| United States of America, | |
| Defendant. | |

The parties respectfully request a 90 day continuance of the discovery deadlines in this case. The parties have agreed to participate in a private mediation before Hon. Christopher M. Skelly on July 15, 2022 and wish to minimize further litigation expense until the pending mediation is complete. If the case resolves at mediation, the parties will be able to avoid further litigation expense entirely. Accordingly, the parties propose the following amendments to the remaining deadlines in the Court's Scheduling Order:

- The deadline for expert depositions shall be continued from May 31, 2022 to August 31, 2022.
- The fact discovery deadline shall be continued from May 31, 2022 to August 31, 2022.
- The deadline for dispositive motions shall be continued from August 1, 2022 to October 31, 2022.

Respectfully submitted this 31st day of May, 2022.

                                   MERCALDO LAW FIRM

                                   *s/Carlo N. Mercaldo*
                                   Carlo N. Mercaldo
                                   Attorney for Plaintiffs


                                   GARY M. RESTAINO
                                   United States Attorney
                                   District of Arizona

                                   *s/Melissa M.Kroeger*
                                   MELISSA M. KROEGER
                                   Assistant U.S. Attorney